STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. FREDERICK BIANCO, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Claude J. Minter* for the petitioner.

*Mr. Charles M. Egan, Jr.,* and *Mr. Sheldon M. Simon* for the respondent.

October 14, 1969.  Denied.

TOWN OF WEST ORANGE, ESSEX COUNTY, PLAINTIFF-PETITIONER, v. ESSEX COUNTY BOARD OF TAXATION, *ET AL.,* DEFENDANTS-RESPONDENTS AND DIVISION OF TAX APPEALS, DEPARTMENT OF THE TREASURY, STATE OF NEW JERSEY, RESPONDENT.

*Mr. Leo Rosenblum* for the petitioner.

*Mr. Arthur J. Sills, Mr. Charles H. Landesman, Mr. Jack Okin* and *Mr. Michael H. Smoller* for the respondents.

October 14, 1969.  Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. RAYMOND HAINES, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Kenneth S. Javerbaum* for the petitioner.

*Mr. A. Donald Bigley* and *Mr. Rudolph J. Rosetti* for the respondent.

October 14, 1969.  Denied.